FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Troy John Daniels Jackson LD-8312
(Name of Plaintiff) (Inmate Number)

1100 Pike Street, Huntingdon, PA 16654-1112
(Address)

(2) ______________________
(Name of Plaintiff) (Inmate Number)

______________________
(Address)

(Each named party must be numbered, and all names must be printed or typed)

vs.

(1) Superintendent DELBAISO (2) Grie coordinator Hinman (3) Sgt Hercomzendarski / CO ...
(2) CO Chapman / CO GEE / LT Schell / CO Derr / Lt williams / CO willingham
CO Kabilko / CO Briner / CO Swarts / CO herner / hahn / Roushey
(3) CO Evans / yoder / bastarski / Pietkewicz / Greenawalt
(Names of Defendants)

(Each named party must be numbered, and all names must be printed or typed)

FILED
SCRANTON
OCT 17 2018
PER ______ DEPUTY CLERK

______________________
(Case Number)

3:18cv2011

CIVIL COMPLAINT

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Eastern district case # (14-7019) 2014; File from a complaint i went through in 2013 at (SCI) Camp Hill

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? X Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? X Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? Grievance's, request slips

2. What was the result? They were dienied and my request slips never was answer nor return to me

D. If your answer to "B" is No, explain why not: ___

## III. DEFENDANTS

(1) Name of first defendant: (SCI) MAHANOY official's

Employed as Correctional officers at (SCI) mahanoy

Mailing address: 301 morea road Frackville, PA 17932

(2) Name of second defendant: All listed as defendents at (SCI) MAHANOY

Employed as ___ at ___

Mailing address: ___

(3) Name of third defendant: ___

Employed as ___ at ___

Mailing address: ___

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. The defendents listed herein came in my cell an assaulted me on dates of 11-7-18, 11-23-16 in the DTU/RHU at (sci) mahanoy without recorded records until i wrote it up this jail try to cover it up not once but twice and

in between these to dates of assault i by be harras with verbal

2. Sexual harrasment and harras ment by some of the defendants herein They went as Far as to try a Fabricate misconduct reports #'s B-566882 which was written on 11-7-18 and #566815 which was writen on 11-28-16. They then Switch my words up stating i said this in

3. my initial grievance but i said that. They Black my eye. Bust the side of my Face open drawing blood. They told individuals in the DTZ/RHU That i was rape by my father and told everyone i rape a nine year old boy puting my life in danger from the inmates in that jail, I attach herein Grievances #'s 654888, 652747, [redacted], 653671, 653664, with sworn statement 18 P.a.C.S. § 4904 of witnesses. As EXHibit's, A, B, C, D, E

V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want the courts to allow me compensatory damages to Plaintiff against defendants. Award punitive damages to plaintiff against defendants. Award declaratory reliefs that plaintiff constitutional rights was violated by the defendants Issue an order prohibiting defendants and officials at my residing jail from Retaliating

2. against me or any other person who offered assistance to plaintiff in connection with Fileing of this action "my witness". Award the costs of this action to plaintiff. Award reasonable attorneys fee's to plaintiff and award such other and further reliefs as this court may deem appropriate. Award a settlement of 250.000

3. to plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th 10-12-18 day of october, 2018

LD-8312 Troy John Daniels Jackson
(Signature of Plaintiff)

 **EXTENSION**
(SCI MAHANOY)
(301 MOREA ROAD, FRACKVILLE, PA 17932)

In accordance with the provisions of DC-ADM 804, Inmate Grievance System policy, this notification either responds to your recent communication expressing an interest in extending the established timeline for submitting the below noted grievance (or appeal), or provides notice that staff requires an extension for responding to your grievance.

| | | | |
|---|---|---|---|
| Inmate Name: | Troy Daniels | Inmate Number: | LD-8312 |
| Facility: | MAHANOY | Unit Location: | HD 16 |
| Grievance #: | 652797 | | 652797 |

**Action:**

| | | |
|---|---|---|
| | | **Inmate Request Denied** – Your request for an extension of time to file a grievance or an appeal has been denied. |
| | | **Inmate Request Approved** – Your request for an extension of time to file a grievance or an appeal has been approved. You have been granted 10 additional working days to submit your grievance (or appeal). |
| | | **Notice of Staff Extension** – This serves as written notification that an extension is necessary in order to appropriately investigate and respond to your grievance (or appeal). Staff has been authorized to extend the response time by 10 additional working days. |
| | X | **Notice of Investigation** – This serves as written notification that an extension is necessary in order to appropriately investigate and respond to your allegations of abuse. Staff has been authorized to extend the response time in accordance with DC ADM 001. |

**Comments:**

Security

| | |
|---|---|
| **Signature:** | *Jane Hinman* |
| **Title:** | Facility Grievance Coordinator |
| **Date:** | 11/18/16 |

cc: Superintendent
DC-15



Page 1 of Page 2 C.C.

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| FOR OFFICIAL USE |
| --- |
| [illegible] |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: Mohanoy | DATE: 11-11-16 |
| --- | --- | --- |
| FROM: (INMATE NAME & NUMBER) Troy Daniels LD8312 | SIGNATURE OF INMATE: [signature] | |
| WORK ASSIGNMENT: G-L-P | HOUSING ASSIGNMENT: HD-16, Cell | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

on 11-7-16 official murphy signs me for yard and shower. In [crossed out] believe S/o Vanleading or C/O GEE comes over my intercom in my sell HD-16 in a D-stability (SMT) in state to me you like to be a Dick you like writing grievances your beast for shower, yard and T.V. from this day back because i start feeling sad in mad at myself i start haveing thoughts of killing myself i told the S/o on my intercom im going to hang myself i need a Psych he Vanleading or GEE said i dont care kill your self you lil bitch. So i cover my door with my mattress in rip my sheet so i can tie it to the vent a hang myself. By then the Psych an like 10 gards was out side my door Sgt Harris i believe is his name opens my wicket in my door in push the mattress away from the door you will be able to see him on camera do this. So now they can see me tieing the rip sheet to the vent when i finally get it tied to the vent i start tieing the nuse to tie around my neck, when i got that done i put it around my neck in looked Sgt Harris in the eyes in said this is what you want fuck. Then i jump off the toilet an hung for like two or three seconds before the sheet rip. So i try it again but as i'm up on the toilet for the second time tieing the sheet to the vent my sell door buzz open in Sgt Harris charge through the door with a shild in hands followed by like seven gards i only know Sgt Harris Zemmarski and C/O GEE by name but their were more on camera enteing my sell. But Sgt Harris Tackel me off the toilet with the shild in his hands. Then i start being kick punch and someone start banging my head on the floor while being yelling stop resisting i was so scared. I want try to kill my self now they where trying to do it for me. So i put my hands under my chest in i Black out trying to get away from it all. But when i came to my [illegible] where →

B. List actions taken and staff you have contacted, before submitting this grievance.

These are the same gards who is suppose to Pertect me

Page 2 of Page 1 on the Back

Your grievance has been received and will be processed in accordance with DC-ADM 804.

[signature] [date]

Signature of Facility Grievance Coordinator    Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

C.C.

Down over my but in my bootie was hurting site along with my back an legs and head in they were trying to prie my hands From under me, so i let my right hand go First then i let my left hand go. when they put them in cuffs they started Kicking and punching me again an Szemmarskie started banging my head on the Floorcence again i start screaming for help but the Lt. directing the Sgt and officers start stating stop resisting with them letting them beat me Then they stating they are the Mahanoy gang stating i cant fuck with their possey. To remind yo i just hang myself why they look at me do it. But yet i look like i was in a fight my eye was swollen my fist were Bleeding my arm's where scrape up my legs bruze in then i was throwne in a P.O.C cell For Four days in i was given two pieces of cheese an two pieces of bread For Breakfist Lunch and dinner From 11-7-16 11-10-16. But as they put me in POC cell 12 They cut off all my clothes in [illegible] recorded me with no clothe on my back side then Towed me over to record my Front side my pennis. I told them im writing yaw up They said it will be just one more trip to the security office they dont care they still get paid. I want to press charges (ASAP) in i want this investigated. For Abuse Alligation

Beliefs ARE AS is

(1) I want the camera's looked at an reserve for a latter date For co
(2) I want these employee's Fiered
(3) I want charges brought against these employee's
(4) I want 50.000 dollar's For pain in suffering
(5) I want Free cable For a year

**INITIAL REVIEW RESPONSE**
SCI-Mahanoy
301 Morea Road
Frackville, PA 17932

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows .

| | | | |
|---|---|---|---|
| **Inmate Name:** | Daniels | **Inmate Number:** | LD8312 |
| **Facility:** | Mahanoy | **Unit Location:** | HD2016 |
| **Grievance #:** | 652797 | **Grievance Date:** | **Nov. 18, 2016** |
| **Publication (if applicable)** | | | |

**Decision:**
☐ **Uphold Inmate**
☒ **Grievance Denied**
☐ **Uphold in part/Denied in part**

*It is the decision of this grievance officer to uphold, deny **or uphold in part/deny in part** the inmate's initial grievance. This response will include a brief rationale, summarize the conclusion, any action taken to resolve the issue(s) raised in the grievance and, relief sought.*

**Response:** *Frivolous* | X

In your grievance you stated that on Nov. 7 you attempted to kill yourself by hanging. You state that you had your door covered and when Sgt. Harris moved the mattress away you attempted to hang but the rope broke. You then began to retie the rope in another attempt to hang yourself. At that time Sgt. Harris, CO Valentine, and several other officers entered your cell hitting you with the shield knocking you down to the floor. The officers then began to kicking, punching you, and bang your head on the floor. You then put your arms under your body until they pried your hands out sand cuffed you. The officers continued their beating of you. You request that the officers be fired, charges be brought against them, $50,000. for pain and suffering and free cable for a year.

I have investigated your allegations. As you stated you were trying to hang yourself and that you placed your arms under your body, not cooperating with staff as they were attempting to gain control of you to save your life. Sgt. Herron and involved staff deny punching or kicking you and also deny banging your head on floor. They do admit that they wrestled with you to free your arms from under you to secure your wrists and that no excessive force was used. Lt. Schell concurs these statements. Officer Valentine was not involved in this cell entry nor was near you or on the pod at any time.

I find staff actions were justified as their intent was for your safety and wellbeing. I find that you filed this grievance frivolously, therefore it is denied.

| | |
|---|---|
| **Signature:** | Capt. D. Malick [signature] |
| **Title:** | Security Lieutenant |
| **Date:** | Feb. 24, 2017 |

cc: Superintendent
Facility Grievance Coordinator
DC-15
File

RECEIVED

MAR - 9 REC'D

SCI MAHANOY
SUPERINTENDENT'S OFFICE

FACILITY MANAGEMENT
APPEAL

NAME Daniels Troy NUMBER LD-8312 DATE 3-2-17

GRIEVANCE# 652797

I RECEIVED MY ACTION RETURN COPY ON: 2-27-17

I will like to elaborate on Capt. D. Malick initial response in which he Fabricated my initial grievance to make it as if i said thing such as; He stated that i said C.O. valentine came in my cell in i said no such thing i stated he was the one on my intercom in my cell stating to me that this is his house back here in the RHU/DTU in i was beat for every thing. I stated Sgt Herron, Zendarsky, and Gee in other's came in my cell. This capt. D. Maliak purposely Fabricated my initial report to make it seem as something els was said in not what i wrote. The i never said they pried my hands out, I said i balled up why they were Kicking an punching on me in i black out to get away from the pain. Then he further ~~stated~~ lied stated that the officers were trying to gain control of me to save my life. First i was hanging my self why did they come in my cell with a shield if they are trying to prevent me from self harm. A shield is use for force do you not agree? And if i was not being punch in Kick an why was my eye swollen? Then the camera that came to my cell after it scheell let them beat on me can show that i was on top of the shield how did that happen! its because i was being beaten and Kick all over that cell. Then this Capt. D. Maliak state's that this is a frivolous grievance, How is that an all these thing's happen. They ran in my cell. Then he never elaborated on why was my close cut off and rip off of me in a Poc cell then my buttock an penis was recorded by these guards in i was given the opportunity to stop my self its all on camera

My Reliefs ARE The Same as in my initial Grievance.

INMATE SIGNATURE [signature]



**Facility Manager's Appeal Response**
**(MAHANOY)**
(301 MOREA ROAD, FRACKVILLE, PA 17932)

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

| **Inmate Name:** | Troy Daniels | **Inmate Number:** | LD-8312 |
|---|---|---|---|
| **Facility:** | Mahanoy | **Unit Location:** | HD 16 |
| **Grievance #:** | 652797 | | |
| **Publication (if applicable):** | | | |

| **Decision:** | **X Uphold Response (UR)**<br>**☐ Uphold Inmate (UI)**<br>**☐ Dismiss/Dismiss Untimely** | **☐ Uphold in part/Deny in part** |
|---|---|---|

*It is the decision of this Facility Manager to uphold the initial response, uphold the inmate or dismiss. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

| **Response:** | | *Frivolous* | |
|---|---|---|---|

I am in receipt of your grievance appeal in which you state "I would like to elaborate on Capt. D. Malick's initial response . . ." Let me remind you that appeals exist to examine procedure if you, the grievant, identify errors in the way your grievance was processed and responded to. It is not to have your complaints heard a second time or to rebut the response received because you didn't like it.

I find Capt. Malick's response to your initial grievance to be thoroughly researched, explained well, and to be adequate.

I uphold the Grievance Officer's response and deny your appeal as well as the several relief stipulations you cite in your initial grievance, to include the $50,000 and free cable for a year.

| **Signature:** | [signature] |
|---|---|
| **Title:** | Facility Manager |
| **Date:** | 3/3/17 |

cc: Facility Grievance Coordinator
DC-15
DSFM/DSCS
Grievance Officer
file

did not receive until
3-6-17

**INMATE APPEAL TO FINAL REVIEW**
**GRIEVANCE**

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| LD-8312 | Daniels Troy | MAHANOY | 3-6-17 | 652797 |

I received my appeal from the Superintendent on 3-6-17 and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions. Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

I will like to state that this grievance was not properly investigated by the [redacted] Security Captain in which he made Alligation's in his initial response that i said things which was not in my initial grievance. He Fabricated my initial grievance in his response to go around the facts that these officials assaulted me by useing extreme force on me in blacking my eye when i was the one hanging.

My Beliefs ARE the same as in My initial Grievance.

INMATE SIGNATURE: [signature]

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 2 – Appeals*
Issued: 4/27/2015
Effective: 5/1/2015

*Attachment 2-E*

2017

**Final Appeal Decision**
**Secretary's Office of Inmate Grievances & Appeals**
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Troy Daniels | **Inmate Number:** | LD-8312 |
| **SCI Filed at:** | Mahanoy | **Current SCI:** | Rockview |
| **Grievance #:** | 652797 | | |
| ***Publication (If applicable):*** | | | |

**Decision:**
- ☑ **Uphold Response (UR)**
- ☐ **Uphold Inmate (UI)**
- ☐ **Uphold in part/Deny in part**

*It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous*

This office is in receipt of your appeal and has reviewed all applicable documents. In your grievance, you ultimately claim that on 11/7/16 when you were attempting to hang yourself, staff entered your cell, hit you with a shield, knocking you to the floor. You claim that they physically abused you by kicking and punching you. You seek staff disciplinary action, free cable for a period of time, and monetary relief.

A review of the records reflects that your claims were investigated and that investigation was reviewed and approved by OSII. Your allegations of abuse were unsubstantiated. Your appeal and any requested relief is denied.

| | |
|---|---|
| **Signature:** | Dorina Varner Keri Moore for |
| **Title:** | Chief Grievance Officer |
| **Date:** | 3/21/17 |

DLV/MEB

cc: DC-15/Superintendent DelBalso/Garman
Grievance Office

# Declaration

I Ryan E Miller #MC0268 swear that the information scribe herein is the truth. On November 7th, 2016 I was standing at my cell door H-D-02 mental Health unit and witnessed C/O Derr, C/O chapman, C/O GEE, C/O Valentine, C/O Zendarski, Sgt. Herron, Lt Sohell run in I/M Troy Daniels #LD-8312 cell while he was attempting suicide and these C/O's started beating this inmate. While I/m Troy Daniels #LD-8312 was Handcuffed with "Both Hands Behind his Back" I witnessed C/O Zendarski repeatly kick and punch I/m Troy Daniels #LD-8312 it the face. At all times I/m Troy Daniels #LD-8312 was in a NON-defensive manner and was not fighting back. I heard I/M Troy Daniels #LD-8312 "Beg" the officers to please stop hitting him. I Ryan E Miller #MC0268 heard and witnessed C/O Zendarski shout out that he would not stop until he was done. I the witnesses C/O Zendarski repeatly kick and punch I/m Troy Daniels #LD-8312 again.

I Ryan E Miller #MC0268 am willing to testify on this concern/matter if needed. I Ryan E Miller #MC0268 know under the penalties of Perjury (18.P.a.C.S.§ 4904) under False testimony that Im subjected to the laws of perjury.

Submitted Truthfully
Ryan E Miller #MC0268
[signature] #MC0268

cc: file

Exhibit B

**EXTENSION**
(SCI MAHANOY)
(301 MOREA ROAD, FRACKVILLE, PA 17932)

In accordance with the provisions of DC-ADM 804, Inmate Grievance System policy, this notification either responds to your recent communication expressing an interest in extending the established timeline for submitting the below noted grievance (or appeal), or provides notice that staff requires an extension for responding to your grievance.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Troy Daniels | **Inmate Number:** | LD-8312 |
| **Facility:** | MAHANOY | **Unit Location:** | HD 20 |
| **Grievance #:** | 654888 | | 654888 |

**Action:**

| | | |
|---|---|---|
| | | **Inmate Request Denied** – Your request for an extension of time to file a grievance or an appeal has been denied. |
| | | **Inmate Request Approved** – Your request for an extension of time to file a grievance or an appeal has been approved. You have been granted 10 additional working days to submit your grievance (or appeal). |
| | | **Notice of Staff Extension** – This serves as written notification that an extension is necessary in order to appropriately investigate and respond to your grievance (or appeal). Staff has been authorized to extend the response time by 10 additional working days. |
| | X | **Notice of Investigation** – This serves as written notification that an extension is necessary in order to appropriately investigate and respond to your allegations of abuse. Staff has been authorized to extend the response time in accordance with DC ADM 001. |

**Comments:**

| | |
|---|---|
| **Signature:** | Jane Hinman |
| **Title:** | Facility Grievance Coordinator |
| **Date:** | 12/13/16 |

cc: Superintendent
DC-15

***DC-ADM 804, Inmate Grievance System Procedures Manual***
***Section 1 – Grievances & Initial Review***
Issued: 12/1/2010
Effective: 12/8/2010

***Attachment 1-E***

**GRIEVANCE REJECTION**

Facility

Facility address

This serves to acknowledge receipt of your grievance to this office. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System", I have reviewed all documents provided as part of the grievance. Upon consideration of the grievance, it is the decision of this office to reject your grievance due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Troy Daniels | **Inmate Number:** | LD-8312 |
| **Facility:** | Mahanoy | **Unit Location:** | HD-2020 |
| **Grievance #:** | 654888 | | 654888 |
| **Decision:** | **Rejection** | | |
| | *Your grievance is being rejected for the reason(s) outlined below.* | | |

**Rationale:**

| | | |
|---|---|---|
| | | 1. Grievances related to the following issues shall be handled according to the procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator. |
| | | a) DC ADM 008 Prison Rape Elimination Act (PREA) – allegations of a sexual nature against a staff member and/or inmate-on-inmate sexual contact |
| | | b) DC ADM 801 Inmate Discipline/Misconduct Procedures |
| | | c) DC ADM 802 Administrative Custody Procedures |
| | | 2. The grievance was not submitted within fifteen (15) working days after the events upon which claims are based. |
| | | 3. Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility. |
| | | 4. The grievance was not signed and/or dated with correct commitment name, number, contained UCC references, or was not presented in proper format. |
| | | 5. Grievance must be legible, understandable, and presented in a courteous manner. |
| | | 6. The grievance exceeded the two page limit. Description needs to be brief. |
| | | 7. Grievance does not indicate that you were personally affected by a Department or facility action or policy. |
| | | 8. Grievances based upon different events must be presented separately. |
| | | 9. The issue(s) presented on the attached grievance has been reviewed or is currently being reviewed and addressed. |
| | | 10. Group grievances or grievances filed on behalf of another inmate are prohibited. |
| | | 11. Grievance disputes previous grievances, appeal decisions or staff members who rendered those decisions. |
| | X | 12. You are currently on grievance restriction. You are limited to one grievance every 15 working days. Last grievance # 653796 was submitted on 11/28/2016. |
| | | 13. You have not provided this Office with required documentation for proper review such as a DC-153A, Personal Property Inventory Sheet, Confiscated Items Receipt, Commissary/Outside Purchase Form and/or documents outlined on the DC ADM 005 Notification of Deductions Memo and/or the Notification of Amended Deductions Memo. |
| | | 14. ***The publication appeal did not include a copy of the Notice of Incoming Publication Denial Form. (Attachment 3-B of DC-ADM 803)*** |

**Response:**

| | |
|---|---|
| **Signature:** | *Jane Hinman* |
| **Title:** | Facility Grievance Coordinator |
| **Date:** | 12/5/16 |

cc: Facility Grievance Coordinator
DC-15
File

SCI
INMATE APPEAL TO FACILITY MANAGER
GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| LD-8312 | Daniels Troy | HD-20, cell | 12-5-16 | 654888 |

I received my initial response from the Grievance Office/Coordinator on ______ and have the following appeal issues:

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

This is a Response and appeal to my rejected Grievance in which it state i am on Grievance restriction. It state my last Grievance was submitted on 11-28-2016. If you look at Grievance Restriction notice Report. I was Place on grievance Restriction on 11-29-16 one day after the date of 11-28-16 which indicates i can submit one grievance effected from the date of 11-29-16. So im resubmitting this grievance. See attach. Restriction notice.

INMATE SIGNATURE: [signature]

DC-ADM 804, Inmate Grievance System Procedures Manual
Section 2 – Appeals
Issued: 1/26/2016
Effective: 2/16/2016

Attachment 2-A

**Grievance Restriction Notice**
SCI Mahanoy
301 Morea Road
Frackville, PA 17932

In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", an inmate who files 5 frivolous grievances within a 30-day period may be restricted to filing no more than one grievance each 15 working days. The 15 working days begins the first working day following the date the inmate was placed on restriction. An inmate may be placed on grievance restriction for a maximum of 90 days. An inmate may appeal a grievance restriction to the Facility Manager.

| Inmate Name: | Troy Daniels | Inmate Number: | LD-8312 |
|---|---|---|---|
| Grievance Numbers Found Frivolous: | 653192, 653191, 652697, 652692, 652686 | | |
| Date Restriction Begins: | 11/29/16 | Date Restriction Ends: | 2/28/17 |

**Comments:**

Mr. Daniels, I am hereby placing you on Grievance Restriction. You are misusing the intended purpose of the Grievance System. You have filed five frivolous grievances within the last 30 days. According to DC-ADM 804, you can only file one grievance each 15 working day effective today.

| | |
|---|---|
| **Signature:** | Jane Hinman [signature] |
| **Title:** | Facility Grievance Coordinator |
| **Date:** | 11/29/16 |

cc: Deputy Secretary
Superintendent
Secretary's Office of Inmate Grievances and Appeals
DC-15
File



**_Commonwealth of Pennsylvania_**
**_Department of Corrections_**

STATE CORRECTIONAL INSTITUTION
at MAHANOY, PENNSYLVANIA
(570) 773-2158, EXT. 8102
jhinman@pa.gov

*From the Desk of:*
**JANE HINMAN**
*Corrections Superintendent's Assistant*

12/13/16

Supt asked me to accept you grievance #654888 for processing/resubmitting. It will now be accepted + assigned a Grievance Officer.

Jane Hinman, CSA

DC-804 Part 1

CC

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
1920 TECHNOLOGY PARKWAY
MECHANICSBURG, PA 17050

(Resubmit)

FOR OFFICIAL USE
654886
GRIEVANCE NUMBER

OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR Ms Jame | FACILITY: MAHANby | DATE: 11-29-16 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Troy Daniels LD8312 | SIGNATURE OF INMATE: [signature] | |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: HD-20 | |

INSTRUCTIONS:

1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On 11-23-16 From 3:00 to 3:30 2 to 10 shift you will see officials, Briner, Kabilka, becker, Asbra, Sports, willinghum, an Lt williams on camera in the (DTU) came in my cell HD 16 without a camera in hand. They are shown coming to my cell before MS Bechtel even got their to talk to me. When she got their she try to defuse this matter by saying to the guards i have this you do not have to go in his cell but Kabilka given them the order anyway. In when they came in they can be seen on camera they tore a ligament in my leg in which i still did start slaming me all over the place. not get help for. i'm in pain. Then they held me down in let Kabilka seek vengeance on me by punching and nesing me in my face. i wrote this officer up for calling me niggers in he cant stand my kinde. Then he further states he always when he along in while continuing to beat me. These guards whom ased to protect me allowed this to happen. Then on 11-29-16 i was given a misconduct B-566815 for refusing to obey an order with nothing further. These official breach covered the hole thing up. upon Doc code of Ethic's under specific Rules and regulations: Vengeful, brutal or discriminatory treatment of inmates will not be tolerated, corporal punishment shall not be utilized under any circumstances and only a minimum amount of force is necessary to defend ones self. Excessive force, violence or intimidation will not be tolerated. But yet the camera will

Page 2 of page 1 on the back

B. List actions taken and staff you have contacted, before submitting this grievance.

These are the Sane gard whom is to Pertect me

Your grievance has been received and will be processed in accordance with DC-ADM 804.

(Resubmit) [signature] 12/13/16 ~~12/5/16~~

Signature of Facility Grievance Coordinator | Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

Page 2 of Page 3 / C.C

Troy Daniels

LD-83R

— Feels it all in the photos that was tooken the day of this event of my eye. The code of ethics further states that employee's are expected to treat their peers and general public with respect and conduct themselves properly and professionally at all time's in which they did not. and employee's are to report to there supervisor any information which comes to their attention that indicates a violation of the Law, Rules, and regulation in which they all was in it together. But they are suppose to maintain the provision of such directive but as you see it was never told. and All employee's are to submit any necessary work related reports in a timely manner and in accordance with existing regulations. Reports submitted by employee's shall be truthful and no employee shall knowingly enter or cause to be entered any inaccurate, false or improper information or data or misrepresented the facts in any D.O.C records or report. Read my misconduct in look the camera in talk to ms Becht. They with hold this information for their benefit of not geting in truble I was beaten this day these officials herein took part in trying to cover this up stateing to me just leave it alone. They did not write the full report. Their hideing evidents. And all employee's includeing medical staff and counselor's are required to report inmates abuse, complaints or related incidents of inmates abuse to their immediate supervisor. These codes where not put forth and these violation of the provisions of these codes any one whom participated in latter violated the code of conduct in are subjected to immediat disciplinary action.

## My Beliefs ARE AS IS | I want this investigated for Abuse cover up.

1) I want it put on file i fear Retaliation for writing this report.
2) I want these gards suspended for a month.
3) I want $5000.00 for pane in suffering.
4) I want free cable for a year.
5) I want the 9" tablet for 150.00 with $50.00 in media links on it.
6) I want the camera's video from the time and date herein this report Resevered for a latter date as needed for court
7) I want these gards to seek a year training for failure to reflect on the references of the D.O.C regulations and code of conducts

**INITIAL REVIEW RESPONSE**
SCI-Mahanoy
301 Morea Road
Frackville, PA 17932

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Daniels, Troy | **Inmate Number:** | LD-8312 |
| **Facility:** | SCI-Mahanoy | **Unit Location:** | HD-20 cell |
| **Grievance #:** | 654888 | **Grievance Date:** | **11/29/16** |
| **Publication (if applicable):** | | | |

**Decision:**
☐ **Uphold Inmate**
☒ **Grievance Denied**
☐ **Uphold in part/Denied in part**

*It is the decision of this grievance officer to uphold, deny* ***or uphold in part/deny in part*** *the inmate's initial grievance. This response will include a brief rationale, summarize the conclusion, any action taken to resolve the issue(s) raised in the grievance and, relief sought.*

**Response:** *Frivolous* ☐

In your grievance you allege that on 11/23/16 you were abused by staff members when they entered your cell. You state that COI Kabilko slammed you all over the place. You further allege that they tore a ligament in your leg which you state you still did not get help for yet. Further in your grievance you state that officers held you down and this allowed COI Kabilko to punch and knee you. You allege that you were called "a nigger" and that the officers assigned to protect you let this happen. You allege that the officials of this institution are covering these allegations up. You seek relief for these allegations of 1. You want this put on file due to you have fear of retaliation, 2. You want the guards suspended for a month, 3. $500,000 for pain and suffering, 4. Free cable for a year, 5. A 9" tablet for 150.00 and 50.00 in media links, 6. Video preserved for a later court date and 7. For the officers involved a year of training on rules and regulations.
An investigation was conducted into your allegations of abuse and a number was submitted to OSII for tracking and a review of EOR#2016-MAH-00277 was conducted. During the course of this investigation you were interviewed about these allegations and stated to me that that Kabilko punched and kicked you and that COI Harner kicked you in the leg and punched you in the ribs. You don't make any mention of other officers assaulting you. You had to be escorted to the triage room due to you being placed on the ground to be restrained; while you were being triaged you never mentioned to the nurse or the OIC that you had an injury to your leg the only injury you had was an abrasion to the side of your head that had minimal bleeding. Also while in the triage room you do make an allegation that "Kabilko you drew blood you drew blood" during the review of video you are heard stating "Kabilko I'm going to fuck you up." You provided witness to these allegations but your witnesses only heard you state that you were abused but did not witness any abuse as you alleged them to have seen.
I find no evidence to support your claims therefore this grievance is denied. As to the relief you seek all is denied except the following: 1. An investigation was conducted and a report was put on file., 2. Video footage was preserved as you requested.
jh

| | |
|---|---|
| **Signature:** | [signature] Clark |
| **Title:** | Security Lieutenant |
| **Date:** | 12/19/16 |

cc: Superintendent, Facility Grievance Coordinator, File

SUPERINTENDENT'S OFFICE

SCI
INMATE APPEAL TO FACILITY MANAGER
GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| LD-8312 | Daniels Troy | HD-5-Cell | 12-25-16 | 654888 |

I received my initial response from the Grievance Office/Coordinator on 12-14-16 and have the following appeal issues;

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

First i will like to state the camera that was recording me in triage Room will show that i told the nurse that my leg was mest up i could not sit up at first they had to lay me back down because my leg was in Extreme pain. This Security Lt is lieing. And my witnesses did see what had taken place in HD-16 cell at that time and date indicated in my initial grievance. They told me when they was taken down to security for questioning in they told me what they had said. which was what they saw. That the gards was slaming me all over my cell and that Kabilko was punching on me. I never told this security Lt that % hamer Kicked me in my leg. i told that all the official in my initial grievance held me down in aloud mr Kabilko to punch me all in my face. in which my eye showed the result on the picturs that was taken by the nurse that night. But then this hole thing was covered up. To look like nothing happen. look at my misconduct, B-566815 it states that the only thing happen that day was i covered my windows in was not responding in i was wrote up for refusing to obey an order. Then is states on this misconduct that it happen at 4:32 Pm which is a lie. if you look at the camera time and date indicated in my initial grievance you will see what really took place that date. this investigation was not don properly. my reliefs are as is (1) I want $5,000 for pain an suffering (2) I want the camera's times and date indicated in my initial grievance looked at and reserved for a latter date as needed for court (3) I want these gards suspended for a week for failure to reflect on the references of the Doc code conduct and policys

INMATE SIGNATURE: [signature]

ont Back Page (2 of Pages (1)

DC-ADM 804, Inmate Grievance System Procedures Manual
Section 2 – Appeals
Issued: 1/26/2016
Effective: 2/16/2016

Attachment 2-A

(4) I want the [illegible] Photos [illegible] For a better [illegible] as needed For court. (5) I want the one whom did my investigation suspended for not doing a good [illegible]

And to further state in Hudson guidelines to determine the constitutional of Force used by corrections officers. In jones v. Huff, corrections officers failed to stop other officers from unnecessarily beating a prisoner. The beating badly bruised and injured the prisoner, including a ~~[illegible]~~ black eye to the left side of his head. In which this is the result of my allegations. Then these same officials try to cover the whole thing up. To seem as if nothing happen. Again this is totally against policy in my due process was violated under the Eight Amendment claim. In now im entitle to the Reliefs im asking for within this report/grievance Appeal. I was beaten by this guard mr Kubilka in the other officials indicted herein just let him do it without telling him to stop nor trying to stop him. And as my last Relief; I want my witnesses question again to seek truth within this report of Abuse. witnesses ARE As is; Rasull Gray-MP-8441, Salley Robert MP-3574, Jaquin Taylor = MH-4990 and jamil Peach GH-8483. See case; Thomas v. Stalter, 20 F.3d 298, 301-02 (7th 1994) Finding that excessive force was used when an officer punch a prisoner with his Fist while the prisoner was being held down by at least nine other officers. And See case; Jones v. Huff, 789 F. Supp. 526, 535-36 (N.D.N.Y) 1992) ~~[illegible]~~ whereas prisoner was already being restrand by a number of guards an a officer start punching on the prisoner.

## Facility Manager's Appeal Response
## (MAHANOY)
(301 MOREA ROAD, FRACKVILLE, PA 17932)

14

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Troy Daniels | **Inmate Number:** | LD-8312 |
| **Facility:** | Mahanoy | **Unit Location:** | HD 5 |
| **Grievance #:** | 654888 | | |
| **Publication (if applicable):** | | | |
| **Decision:** | X **Uphold Response (UR)**<br>☐ **Uphold Inmate (UI)**<br>☐ **Dismiss/Dismiss Untimely** | ☐ **Uphold in part/Deny in part** | |

*It is the decision of this Facility Manager to uphold the initial response, uphold the inmate or dismiss. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous*

This is my response to your grievance appeal regarding grievance #624380. not mine belongs to another inmate as the grievance coord. stated in her response.

Your appeal raises numerous different issues than you presented in initial grievance; you go on to rebut Lt. Clark's investigation and add information that you state you did not tell him (when you should have).

I find the Lt. Clark did an exceptional investigation into your allegations and the evidence proves your allegations false. Regarding the additional information and embellishments added in your appeal, I will not provide a response to these new accusations that were not raised in your initial grievance.

Your appeal is denied. I also deny all the relief you are seeking except for what was already permitted by Lt. Clark in his response to your grievance.

| | |
|---|---|
| **Signature:** | [signature] |
| **Title:** | Facility Manager |
| **Date:** | 1/5/17 |

cc: Facility Grievance Coordinator
DC-15
DSFM/DSCS
Grievance Officer
file

God Bless

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

Grievance Coordinator

Commonwealth of Pennsylvania
Department of Corrections

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer)
Mrs Jane Hinman

2. Date:
2-13-17

3. By: (Print Inmate Name and Number)
Troy Daniels LD-8312

[signature]
Inmate Signature

4. Counselor's Name
Mr Caradiskey

5. Unit Manager's Name
Mr Holly

6. Work Assignment
N/A

7. Housing Assignment
HD-16

8. Subject: State your request completely but briefly. Give details.

Hello mrs Hinman im writeing in Reference to a grievance Mrs Theresa A. Belbalso ~~[illegible]~~ answer or replied to. # 624380. I have yet to receive the pink action return copy of that grievance. So i ask please send me a copy of the grievance i am to have wrote please. God Bless. And thanks for your time and attention herein

(PS) I hope to hear from you (ASAP) Please with a response herein

Respectfully
[signature]
LD-8312

9. Response: (This Section for Staff Response Only)

Mr. Daniels, this grievance # belongs to another inmate?

To DC-14 CAR only ☐ To DC-14 CAR and DC-15 IRS ☐

Staff Member Name Jane Hinman / [signature] Date 2/17/17
Print Sign
CSA

Revised July 2000

2017

**Final Appeal Decision**
**Secretary's Office of Inmate Grievances & Appeals**
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

| **Inmate Name:** | Troy Daniels | **Inmate Number:** | LD-8312 |
|---|---|---|---|
| **SCI Filed at:** | Mahanoy | **Current SCI:** | Mahanoy |
| **Grievance #:** | 654888 | | |
| ***Publication (if applicable):*** | | | |

| **Decision:** | ☑ **Uphold Response (UR)**<br>☐ **Uphold Inmate (UI)**<br>☐ **Uphold in part/Deny in part** |
|---|---|

*It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous*

This office is in receipt of your appeal and has reviewed all applicable documents. In your grievance, you ultimately alleged that you were abused by staff on 11/23/16. It is noted that you take issue with the Superintendent's response containing a grievance number unrelated to this instant grievance. You seek staff disciplinary action, additional staff training, free cable, and monetary relief.

A review of the records reflects that the initial reviewing officer investigated your claims and provided an appropriate response. The investigation was reviewed and approved by OSII and your claims were unsubstantiated. Your appeal and any requested relief is denied.

The Superintendent's response contains a mere typographical error regarding the grievance number. The response itself is adequate.

| **Signature:** | Dorina Varner [signature] |
|---|---|
| **Title:** | Chief Grievance Officer |
| **Date:** | 1/31/17 |

DLV/MEB

cc: DC-15/Superintendent DelBalso
Grievance Office

#1) How is the supperintendent response adequate if the grievance # she responded to belong to another inmate of (SCI) mahanoy #624380 Then said i raise numerous differen issues then my initial grievance. I would guest so if i was refering to someone els grievance then my own.

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 2 – Appeals*
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 2-F*

# Declaration

I Ryan E Miller #MC0268 swear that the information scribe herein is the truth. On November 23rd, 2016 I was standing at my cell door H-D-02 mental Health unit and witnessed c/o Briner, c/o kabilko, c/o hahn, c/o willingham, c/o horner, c/o swartz, Lt williams run in I/m Troy Daniels #LD-8312 cell after he was attempting suicide and these c/o's started slaming I/m Troy Daniels #LD-8312 all over the cell and beating him. while I/m Troy Daniels #LD-8312 was Handcuffed with his "Both hands Behind his Back" I witnessed c/o kabilko punch and knee I/m Troy Daniels #LD-8312 in the face. This officer repeatly punched and kneed this inmate. I believe this officer was seeking vengence on I/m Troy Daniels #LD-8312 for writing a "Grievance" on him. I/m Troy Daniels #LD-8312 face was swollen and his eye all bloody. while coming out the Cell the c/o's dropped I/m Daniels #LD-8312 on the floor while he was handcuffed.

I Ryan E Miller #MC0268 am willing to testify on this concern/matter if needed. I Ryan E Miller #MC0268 know under the penalties of Perjury (18. P.a.C.S. § 4904) under False testimony that I'm subjected to the laws of Perjury.

Submitted Truthfully
Ryan E Miller #MC0268
[signature] #MC0268

cc: file

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER**<br>(20)<br>Facility Grievance Coordinator | Commonwealth of Pennsylvania<br>Department of Corrections<br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Mrs Jane Hinman | 2. Date:<br>12-15-16 |
| 3. By: (Print Inmate Name and Number)<br>Troy Daniels LD-8312<br>[signature]<br>Inmate Signature | 4. Counselor's Name<br>Mr Curadesski<br>5. Unit Manager's Name<br>Mr Holly |
| 6. Work Assignment N/A | 7. Housing Assignment<br>HD-20 Cell |

8. Subject: State your request completely but briefly. Give details.

Good day mrs Hinman, Im writing like you ask me to do. Well in reference to the grievance restriction you place me on. Well as you can see in grievance #s 652797 and 654888, I have this whole RHU under investigation for these officials coming in my cell two time's on 6 to 2 shift and 2 to 10 shift with out a camera in beating the crap out of me within two weeks, Then they try to cover it up as if nothing happen so i start writing every thing up like the psych ms Bechtal told me to do, In to put down my witnesses. I put the time and dates of every incident to show on camera that im teeling the truth. Lt Russell whom handle all my grievances #s 653192, 653191, 652697, 652692, 652686 told me to my face in in front of inmate Russell Gray MP-8461 in nineteen cell that he was going to make all of my grievances look as if they were frivolous so i can be place on grievance restriction. To which he did as you can see within his responses from my grievances. In if you look, some how he responded to all five of my grievances in 24 hours but yet said he investigated all five of my grievances. If you look at his responses and my grievances matter's they are ~~different~~ different he talk about things that i never said in ~~my~~ my grievances to make them seem frivolous. I even have witnesses in which was never question. He made all my grievance seem frivolous so i cant write these official up in the (RHU). I appeal all of the grievances he deem frivolous. I yes i did ask why i was on ~~[illegible]~~ cell restriction but that was not the base of all my reports. and i never receive the misconduct indicating i was on cell restriction untell 11-18-16. Please Assist in given me my grievance rights back please. Please investigate

9. Response: (This Section for Staff Response Only)

Mr. Daniels, I do believe you were misusing the grievance system with all the grievances you filed. I also know you appealed my restriction to the Supt + she upheld my decision. You are on restriction until 2/28/17. I'm not going to review/discuss with you your grievance issues, That's what the appeal process is for.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name Jane Hinman / [signature: Jane Hinman] Date 12/19/16
Print Sign C84

Revised July 2000


Exhibit, C

Page 1 of Page 2 C.C

Time and date writen
Time: 8:40pm
Date: 11-18-16

DC-804
Part 1

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

| FOR OFFICIAL USE |
|---|
| 655004 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Mrs. Jame Hinman | FACILITY:<br>MAHANOY | DATE:<br>11-18-16 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Troy Daniels LD-8312 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: HD-16-[illegible] cell | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

on 11-15-16 From 8:30 to 9:15 six to two shift you will see officials BB, DEff, valentine, masin an Sgt Greenzwic and Flanagan with other unnone officials come on the (DTU) An official valentine start stating to every one in the (DTU) that my dad Derick jackson rape me in he's at Albion in that im here for raping a nine year old boy like i was rape by him. Per D.O.C. code of ethics under information, it state no department employee shall for personal gain or for the gain of others use information not available to the public at large nor divulge confidential information without its authorized release nor shall the employee receive compensation for consultation which [illegible] substantially draws upon official ideas or data which have not been disclosed to the public. But yet official valentine said this to everyone in the (DTU). So the cell he was in front of nineteen cell gave me his name in state number which is Gray #MP8464 to use him as a witness. And Sgt greenzwic was the one whom alowd these officials down here to read my pass history. But it further state in the code of Ethics that brutal vengeful or discriminatory treatment of inmates nor corporal punishment will be tolerated or utilized under any circumstances. But the officials herein start laughing at me in saying ooh he's a [illegible] ist. Nun of these officials herein tried to stop the other from this matter. Now per D.O.C. code of Ethics it state, employees are to report to their supervisor any information which comes to their attention that indicates a violation of the laws, rules, and or regulation of the D.O.C. by Either an employee or inmate. And they are to maintain the familiarity with the provisions of

B. List actions taken and staff you have contacted, before submitting this grievance.

These are the gards i am to teel about this matter.

Page 2 of Page 1 on the Back

Your grievance has been received and will be processed in accordance with DC-ADM 804.

[signature] 11/22/16

Signature of Facility Grievance Coordinator — Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

C C

2/ Page 4

of such directive. This was such unprofessionalism which it also state in the code of Ethic's that they are to remain profession at all time unaccepted conduct or insolence will not be tolerated. And if any employee violates the provisions of such code's will be subjected to immediate disciplinary action by the appointed autority. The Psych. mrs Bachtel an Lt. wall Know's what these officials were saying about me on the inmates on the (DTU) told them in they said they will notify their supervisor.

My Reliefs ARE AS IS

1) I want it put on file that i fear Retaliation on Retaliatory conduct For writing this report on these official's herein.

2) I want this matter under investigation on every one question herein the report to seek truth.

3) I want $5000.00 for pane in suffering. But will take $5000.00 in Free cable for a year.

4) I want these official's herein to seek training for three month's str

5) I want these officials herein disciplined by the appointing athurity for failure to reflect on the references of the D.O.C co of conduct and regulation's

Time and date written
Time: 5:40 P.
Date: 11-18-16

IF my Reliefs ARE met their will be no further Action's from me on this matter at hand.

Respectfully truly yours

(P.S.)
Hope to hear from you soon with a responce hereine

[signature] LD8312
Tray John Daniels Jack

# INITIAL REVIEW RESPONSE

SCI Mahanoy
301 Mores Rd
Frackville, PA 17932

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows

| | | | |
|---|---|---|---|
| **Inmate Name:** | Daniels, Troy | **Inmate Number:** | LD8312 |
| **Facility:** | SCI MAH | **Unit Location:** | H/D 2016 |
| **Grievance #:** | 653664 | **Grievance Date:** | 11-18-2016 |
| **Publication (if applicable):** | | | |

**Decision:**
☐ **Uphold Inmate**
X **Grievance Denied**
☐ **Uphold in part/Denied in part**

*It is the decision of this grievance officer to uphold, deny **or uphold in part/deny in part** the inmate's initial grievance. This response will include a brief rationale, summarize the conclusion, any action taken to resolve the issue(s) raised in the grievance and, relief sought.*

*Frivolous* X

**Response:**

I have reviewed your grievance dated 11-11-2016, wherein you indicate that Sergeant Greenzweig, Officers Valentine, Mason, Derr, and Flannery came onto the DTU. You claim that Officer Valentine stated to everyone on the DTU that your father raped you and he is at SCI-Albion, and you are here due to raping a nine year old boy. You state that this is a Code of Ethics violation and that PSS Bechtel and myself are aware of what the officers are saying. You are requesting 1.) That the retaliation is put on file 2.) You want this investigated 3.) $500,000 for pain and suffering but will take $500.00 in free cable 4). You want the officials to seek training for three months straight and 5.) You want the officials disciplined by the appointing authority for failure to reflect the references of the DOC Code of Conduct and regulations.

Based on my investigation, I find no evidence to support your claim of any staff making any such comments on the DTU concerning your situation. The video was reviewed and I've spoken to the officers you claim are involved and to inmate Gray, all interviewed deny any such claims. You have spoken to me about this previously about these claims and I have not found any evidence of any statements from staff. Staff assigned to the DTU have attended CIT class and are well trained.

Based on the above information, I consider this grievance to be frivolous because it lacks any basis of fact, you provide no evidence to support your claims, even your witnesses deny your claims. It is without merit with no further action necessary. The relief and compensation you seek is denied. jh

| | |
|---|---|
| **Signature:** | LT. K. Wall |
| **Title:** | COIII |
| **Date:** | 12-21-2016 |

my witness was never question at all sir

cc: Superintendent
Facility Grievance Coordinator
DC-15
File

RECEIVED DEC 28 RECD SCI MAHANOY SUPERINTENDENT'S OFFICE

SCI

**INMATE APPEAL TO FACILITY MANAGER GRIEVANCE**

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| LD8312 | Daniels Troy | HD-5-Cell | 12-25-16 | 653664 |

I received my initial response from the Grievance Office/Coordinator on 12-21-16 and have the following appeal issues:

**Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.**

**Please provide a BRIEF (no longer than two pages) appeal statement.**

Now per DOC code of Ethics it states no department employee will entere any inaccurate Knowingly False data nor misrepresent the facts in any department records or report. Now on the date i receive my initial review response on 12-21-16 i notice Lt K.wall stated that mr Gray MP8461 was suppose to have be question my witness. to be mr gray MP8461 why would he question my witness. So I mcdaniels ask mr Gray MP8461 why would he told him it was a lie. So these Allegation's never happen. you were right he lie like that in say these Allegation's never happen by a mr Lt K. wall there. Mr Gray Said to me he was never question by a mr Lt K. wall there. Mr Gray said to me he was never question by his initial review responses. This Lt K.wall is lieing in all of his responses. I want or any one els This Lt K.wall is lieing in his responses. I want to try in make it Seem as if im lieing. Hes lieing in this report. And this Lt K wall my witness question to seek truth within this report. And this Lt K wall i do not want responding to any of my grievances. He's taking up for all of these gards And mrs bechtel did notify Lt K.wall of this matter with those gards saying i was rape by my father and im here for raping a 9 year old boy ask her one of the inmates went to her and ask her why are these officials saying this about me. And he pointed the gards out whom said it to her. I want my grievance properly investigated. my Reliefs Are as is (1) I want $7,000 for pain an suffering (2) I want my witnesses question to seek truth (3) I want these official disciplined for failure to reflect on the references of the D.O.C code of conduct and policy's.

**INMATE SIGNATURE:** [signature]

14

# Facility Manager's Appeal Response
## (MAHANOY)
(301 MOREA ROAD, FRACKVILLE, PA 17932)

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Troy Daniels | **Inmate Number:** | LD-8312 |
| **Facility:** | Mahanoy | **Unit Location:** | HD 5 |
| **Grievance #:** | 653664 | | |
| **Publication (if applicable):** | | | |

**Decision:** X **Uphold Response (UR)** ☐ **Uphold in part/Deny in part** ☐ **Uphold Inmate (UI)** ☐ **Dismiss/Dismiss Untimely**

*It is the decision of this Facility Manager to uphold the initial response, uphold the inmate or dismiss. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

*Frivolous*

**Response:**

I am in receipt of your grievance appeal in which you state your same argument regarding officers walking onto the DTU and stating information about your father raping you and that you raped a 9-year-old boy. You filed this appeal because you don't think Lt. Wall did a thorough investigation. You elaborate on this alleged incident and, basically, want another investigation into this matter. You state Lt. Wall lied and did not interview Inmate Gray, MP-8461, about your complaint. I will remind you that appeals exist to examine procedure if you, the grievant, identify errors in the way your grievance was processed and responded to. It is not to have your complaints heard a second time, re-investigated, or to rebut the response received.

I find Lt. Wall's initial response to your grievance to be thorough and explained well. He interviewed the relevant parties. He relayed the findings of his investigation in clear terms to you. He deemed your grievance frivolous because your allegation was meritless.

I uphold the Grievance Officer's response and deny your appeal as well as any monetary relief or free cable TV you are seeking.

| | |
|---|---|
| **Signature:** | [signature] |
| **Title:** | Facility Manager |
| **Date:** | 1/5/17 |

cc: Facility Grievance Coordinator
DC-15
DSFM/DSCS
Grievance Officer

2017

# Final Appeal Decision
## Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Troy Daniels | **Inmate Number:** | LD-8312 |
| **SCI Filed at:** | Mahanoy | **Current SCI:** | Mahanoy |
| **Grievance #:** | 653664 | | |
| ***Publication (if applicable):*** | | | |

**Decision:**
- ☑ **Uphold Response (UR)**
- ☐ **Uphold Inmate (UI)**
- ☐ **Uphold in part/Deny in part**

*It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous*

This office is in receipt of your appeal and has reviewed all applicable documents. In your grievance, you claim that on 11/15/16, various staff came on the DTU and Officer Valentine announced to everyone on the DTU your history of being victimized and your offense(s) that includes victimizing a young boy. You allege that this was retaliation, a violation of your rights, and a violation of the code of ethics for which you seek staff disciplinary action, additional staff training, free cable, and monetary relief.

A review of the records reflects that the initial reviewing officer investigated your claims and found them to be without merit. Staff were questioned and deny your allegations. It is noted that you take issue with the investigation; however, these methods are not dictated by the inmate nor the grievance process. There is no apparent rights or code of ethics violations and you provide no evidence to suggest that retaliation exists for any reason. Your appeal and any requested relief is denied.

| | |
|---|---|
| **Signature:** | Dorina Varner [signature] |
| **Title:** | Chief Grievance Officer |
| **Date:** | 1/31/17 |

DLV/MEB

cc: DC-15/Superintendent DelBalso
Grievance Office

Declaration
(18.Pa.C.S.§4904)

I Ryan E Miller # swear that the information scribe herein is the truth. On or about 3-8-17. I was getting escorted to the H-B pod excersise yard by CO² GEE and CO^II Greeneweis. CO^II Greeneweis asked me if I really wanted to go back to the DTU on H-D pod. I stated yeah why. He said because you got all them kiddie touchers over there. I asked him who he was talking about. He said Im not going to put any names out there. Thats when CO² GEE stated I will I hate that pussy daniels. Talking about Inmate Troy Daniels # LD-8312. I asked CO² GEE what he did. He stated. That bitch molested 3 little girls, 3 in counting. I didn't stated any thing after that.

I Ryan E Miller # MC0268 am willing to testify on this concern/matter if needed. I Ryan E Miller # MC0268 know under the penalties of perjury (18 Pa. C.S §4904) under False testimony that Im subjected to the laws of perjury.

Submitted Truthfully
Ryan E Miller # MC0268
[signature] # MC0268

cc: file
oc: T.D.
file:

Exhibit, D

Page 1 of Page 2 / C.C.

DC-804
Part 1

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

FOR OFFICIAL USE
655291
GRIEVANCE NUMBER

OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR Mrs. Jamie Hinman | FACILITY: MAHANOY | DATE: 11-18-16 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Troy Daniels LD-8312 | SIGNATURE OF INMATE: [signature] | |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: HD-16 cell | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

on 11-15-16 time from 3:30 to 4:20 2 to 10 you will observe official young come on the (DTU) in come up the steps to HD-16 water main were i am housed in turn off my water. Then a littl time latter you will observe mr young handing out dinning, but when he got to my cell on the top tier HD-16 cell he stops at my door looks at me then look me your fucking bernt you [illegible] racist then it will show on camera him given my tray on my own cell as bar to either 14 or 13 cell in they do not receive one. So From after lunch you will see on camera that i have not eaten anything nor drank any water except for the water that was in my toilet. I drank that it was all i had to drink. See D.o.c (DC-ADM 610) Food services under section 1) and 2) there will be no more then 14 hours between the evening meal and breakfast but as you can see on camera 20 hours past before i was able to eat again. In it further state in ADM-610 That the department will not use food as a disciplinary measure But yet these D.o.c regulations was violated by the same D.o.c official whom it hired to [illegible] Service. All of these guards are retaliating against me to the point i sometimes be thinking of killing my self. Then around 9:00 to 9:20 you will see official young came on the block an finally cut my water back on. Im Sick of this place help me me. My Reliefs ARE as is. 1) I want it put on file that i fear retaliation an retaliatory conduct for writing this report. 2) I 5000 for pain in suffering 3) I want this guard disciplined for failure to reflect on the reference of the Doc policy and regulation.

B. List actions taken and staff you have contacted, before submitting this grievance.

Reported to Sgt Skie working this night you can see him on my door

Page 2 of Page 1 on the back

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Mrs. Hinman — 11/28/16

Signature of Facility Grievance Coordinator — Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

C.C.

Page 7

-4) I want this official to seek training for thee month

5) I want the cameras look at date in times herein than reserved for a latter date as needed for court.

6) I want free cable for a year.

I want it notified per D.O.C code of Ethics; All employees are promptly to report to their supervisor any information which comes to their attention that indicates violation of the Law, rules, an or regulation of the D.O.C by a inmate or employee. In they are to maintain the familiarity an provisions of such directive.

But yet you will see on camera within the time frame mention herein this report Sgt Zulalskie working this shift older guy with web tacto's on his elbow come to my door in i teel him whats happening but nothing was don to oppose this matter.

IF My Reliefs ARE MEt No further Action's will be taken by me.

(P.S.)
Hope to hear from you soon with A Responce herein

Respectfully, Truly yours

[signature] LD-8312
Tray John Daniels Jackson

# INITIAL REVIEW RESPONSE

SCI Mahanoy
301 Mores Rd
Frackville, PA 17932

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follo[ws]

| | | | |
|---|---|---|---|
| **Inmate Name:** | Daniels, Troy | **Inmate Number:** | LD8312 |
| **Facility:** | SCI MAH | **Unit Location:** | HD 20 |
| **Grievance #:** | 653671 | **Grievance Date:** | 11/18/16 |
| **Publication (if applicable):** | | | |

**Decision:**
☐ **Uphold Inmate**
**X Grievance Denied**
☐ **Uphold in part/Denied in part**

*It is the decision of this grievance officer to uphold, deny* ***or uphold in part/deny in part*** *the inmate's initial grievance. This response will include a brief rationale, summarize the conclusion, any action taken to resolve the issue(s) raised in the grievance and, relief sought.*

*Frivolous* X

**Response:**

I have reviewed your grievance dated 11/18/16, wherein you indicate Officer Young turned off your water and that you did not eat.

I have spoken to Officer Young and he has stated to me that he turned your water off due to you throwing unknown liquid under your door. It was also stated that you told Officer Young that as soon as he opens the wicket you are going to take it hostage. I have also talked to Sgt. Guzinski and he stated that he did not talk to you that day. Officer Young also turned your water back on during his shift. You received a DC-141 that day for having a Controlled substance of psych medication that did not belong to you.

Based on the above information, I consider this grievance to be frivolous as it lacks merit and has no basis in fact. It was due to your assaultive behavior that caused your water to be turned off, Mr. Daniels. You fail to mention that in your version of what occurred.

| | |
|---|---|
| **Signature:** | R. Williams |
| **Title:** | Lt. |
| **Date:** | 12/16/2016 |

cc: Superintendent
Facility Grievance Coordinator
DC-15
File

SCI
**INMATE APPEAL TO FACILITY MANAGER**
**GRIEVANCE**

DEC 30 RECD

| Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| 312 | Daniels Troy | HD-5-Cell | 12-25-16 | 653671 |

...ed my initial response from the Grievance Office/Coordinator on 12-1?-16
...e the following appeal issues;

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

...for throwing unknown liquid under
...y water was turned off for this violation of the department?
...or why was i not written up for this violation of the department and not given water
...s? Because it was a lie. I was bent for tray and not given water
...se of the problems i was having with the 6 to 2 shift officials.
...fficial young wanted to play a part in their negligents. And even
...did say i was going to hold the wicket hostage in which i never
...he was still suppose to give me my food in not use it as a
...h ment as indicated in this initial review response. Just because i
...suppose to have said that in which i did not. Per DC-ADM-610
...e as it states; The department will not use food as a disciplinary
...sure. So to cut off my water and to not feed me violates my
...process in it was all caught on camera. And this Lt. R. Williams
...ying to justify this official mr young violation of the code of conduct
...policy. Then this mr williams says i was wrote up for having a controlled substance
...sych medication that was not mine. This has nothing to do with my
...vance in that misconduct was drop. Then mr williams finds my grievance
...alous how so he even said mr young turned off my water and did not
...me my dinner that night so whats frivolous about it? my reliefs are as
...d I want 5? for pain and suffering i want the camera's looked at time
...ate indicated in my initial grievance i want this good disciplined for failure
...flect on the references of the Doc conduct and policy.

**INMATE SIGNATURE:** [signature]

*DM 804, Inmate Grievance System Procedures Manual* *Attachment 2-A*
*on 2 – Appeals*
1/26/2016
e: 2/16/2016

**Facility Manager's Appeal Response**
**(MAHANOY)**
(301 MOREA ROAD, FRACKVILLE, PA 17932)

14

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

| **Inmate Name:** | Troy Daniels | **Inmate Number:** | LD-8312 |
|---|---|---|---|
| **Facility:** | Mahanoy | **Unit Location:** | HD 5 |
| **Grievance #:** | 653671 | | |
| **Publication (if applicable):** | | | |

| **Decision:** | **X Uphold Response (UR)**<br>**☐ Uphold Inmate (UI)**<br>**☐ Dismiss/Dismiss Untimely** | **☐ Uphold in part/Deny in part** |
|---|---|---|

*It is the decision of this Facility Manager to uphold the initial response, uphold the inmate or dismiss. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous* ☐

I am in receipt of your grievance appeal in which you state your same argument as in your initial complaint. You argue points of Lt. Williams' response. Appeals exist to examine procedure if you, the grievant, identify errors in the way your grievance was processed and responded to. It is not to have your complaints heard a second time or to rebut the response received.

Lt. Williams provided you with a clear response to his investigation into your complaint. Your own actions caused your water to be turned off and you were not truthful about your other complaints. I urge you to follow the rules and regulations of the DTU.

I uphold the Grievance Officer's response and deny your appeal as well as any monetary relief you are seeking.

| **Signature:** | [signature] |
|---|---|
| **Title:** | Facility Manager |
| **Date:** | 1/5/17 |

cc: Facility Grievance Coordinator
DC-15
DSFM/DSCS
Grievance Officer
file

2017

**Final Appeal Decision**
**Secretary's Office of Inmate Grievances & Appeals**
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Troy Daniels | **Inmate Number:** | LD-8312 |
| **SCI Filed at:** | Mahanoy | **Current SCI:** | Mahanoy |
| **Grievance #:** | 653671 | | |
| ***Publication (if applicable):*** | | | |
| **Decision:** | ☑ **Uphold Response (UR)**<br>❑ **Uphold Inmate (UI)**<br>❑ **Uphold in part/Deny in part** | | |

*It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous*

This office is in receipt of your appeal and has reviewed all applicable documents. In your grievance, you claim that on 11/15/16, Officer Young turned off your water for a period of time and also failed to feed you. You claim that you reported this to the Sergeant. You allege that this was retaliation, a violation of your rights, and a violation of the code of ethics for which you seek monetary relief.

A review of the records reflects that you were flooding the tier and staff were forced to shut the water off for a period of time. Further, the records show that you threatened to take your wicket hostage as soon as it was opened. Your actions as well as your verbal threats resulted in staff having to react accordingly. Staff are under no obligation to place their personal safety at jeopardy when an inmate has clearly exhibited or verbalized his/her intentions as was done here. There is no apparent rights or code of ethics violations. You provide no evidence to suggest that retaliation exists for any reason. Your appeal and any requested relief is denied.

| | |
|---|---|
| **Signature:** | Dorina Varner Keri Moore for |
| **Title:** | Chief Grievance Officer |
| **Date:** | 1/30/17 |

DLV/MEB

cc: DC-15/Superintendent DelBalso
Grievance Office

These are all lies
Thats wy i ask
For the camera video
to be Save.

ExHibit, E

# Declaration

I Ryan E Miller #MC0268 swear that the information scribe herein is the truth. On Jan 2nd, 2017 I was in the shower next to I/m Troy Daniels #LD-8312 and he showed me that he cut his wrists and neck and chest with his razor. I asked him why he do that. He told me because all of the pain he is going through. Because all the gaurds keep calling him a rapist and is telling everyone on the block that he got raped by his dad Derrick Jackson. I told him man I know just try to talk it out with the psych.

I Ryan E Miller #MC0268 am willing to testify on this concern/matter if needed. I Ryan E Mille #MC0268 know under the Penalties of Perjury (18.P.A.C.S.§4904) under False testimony that Im sobjected to the laws of perjury.

Submitted Truthfully
Ryan E Miller #MC0268
[signature] #MC0268

cc: file

Smart communication/PA, Doc
Troy Daniels LD-8312
(SCI) Huntingdon
P.O. Box 33028
St. Pettersburg, FL 33733

U.S. District
middle District of
William J. NeAlon
& U.S.
235 N. Wash
Scraton, PA