## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TROY JOHN JACKSON,        :      Civil No. 3:18-cv-2011

       Plaintiff        :      (Judge Mariani)

       v.        :

SERGEANT HERRON, *et al.*,        :

       Defendants        :

## ORDER

**AND NOW,** this _____ day of May, 2019, upon consideration of Plaintiff's motion

(Doc. 9) for appointment of counsel, and in accordance with the Memorandum issued this

date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 9) is **DENIED** without prejudice.


_____
Robert D. Mariani
United States District Judge