IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY JOHN JACKSON, | : | Civil No. 3:18-cv-2011 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SERGEANT HERRON, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW,** this 9th day of December, 2019, upon consideration of Plaintiff's second motion (Doc. 67) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 67) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge