IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY JOHN DANIELS JACKSON, | : | Civil No. 3:18-cv-2011 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SGT. HERRON, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this \_\_1st\_\_ day of December, 2020, upon consideration of Defendants' motion (Doc. 99) to dismiss for failure to prosecute, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion (Doc. 99) is **GRANTED**. This action is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge